UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

08 CV 5767

TAMARA BRIGHT,

JUDGE PATTERSON

Plaintiff

v.

Rule 7.1 Statement

WELLS FARGO BANK, N.A.

RECEIVED
JUN 2 6 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Defendant
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____PLAINTIFF_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. (NON-CORPORATE)

Date: __JUNE 26, 2008__

_Neal Bicken /m_
Signature of Attorney

Attorney Bar Code: NB0874

Form Rule7_1.pdf